UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI

UNITED STATES OF AMERICA,

Plaintiff,

v.



ANTHONY T. WILKS, and

Defendants.

**FILED UNDER SEAL**

Case No. 26-CR- **26-CR-119**

[21 U.S.C. §§ 841(a)(1),
841(b)(1)(A), 841(b)(1)(C), & 846;
18 U.S.C. §§ ▮▮▮▮
▮▮▮▮ & 2(a)]

---

## INDICTMENT

---

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1.      Beginning by at least December 18, 2022, and continuing until on or about April 16, 2025, in the State and Eastern District of Wisconsin, the State and Central District of California, the State and Northern District of Illinois, and elsewhere,



**ANTHONY T. WILKS, and**

1

knowingly and intentionally conspired with each other, and with other persons known and unknown to the grand jury, to possess with the intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

2. The amount involved in the conspiracy attributable to each defendant as a result of his or her own conduct, and the conduct of other co-conspirators reasonably foreseeable to him or her, is five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A), and Title 18, United States Code, Section 2(a).

2

Case 2:26-cr-00100-AG *SEALED* Filed 06/16/26 Page 2 of 7 Document 1

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 24, 2023, in the State and Eastern District of Wisconsin,

### ANTHONY T. WILKS

knowingly and intentionally distributed a mixture and substance containing a detectable

amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

4

Case 2:26-cr-00119-LA *SEALED* Filed 06/17/26 Page 5 of 7 Document 1

# FORFEITURE NOTICE

1.      Upon conviction of the controlled substance offenses alleged in Counts One and Two of this Indictment, the defendants shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

a.

b.

c.

d.  a personal money judgment in an unspecified amount, representing the amount of unseized proceeds obtained as a result of the controlled substance offenses set forth in Counts One and Two.

6

3.       If any of the property described above, as a result of any act or omission by the defendant cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p).

FOREPERSON

Dated: 4/2/26

ELIZABETH M. MONFILS
Assistant United States Attorney